## File Hashes for IP Address 71.163.80.207

**ISP:** Verizon FiOS
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/24/2014 15:14:46 | FA8D0B9F665E467C64781AC8DE24DD92BD2E79B0 | Double Oh Heaven |
| 10/01/2014 18:25:15 | 4CEBA603F6C3817AF4117E8662A3E78E4ED0530C | Wild Things |
| 10/01/2014 13:20:48 | 5DDEBBBBF069FD71FE3398C69E55005F5080DA9C | Sparks |
| 10/01/2014 12:32:27 | AC3ECC9526224D88CAD9FED10EC5581B42677C22 | Fun For Three |
| 10/01/2014 11:04:16 | EB8A122A70175A1A120519959FA3AE7D8522D5FC | Meet Me in Madrid |
| 09/04/2014 12:16:17 | 8F676BA6FE48CF0BAE8F517A40EE937CDD79E80A | Just Watch Part 2 |
| 09/04/2014 11:52:36 | B2199E98554E32E0359543E538E9077151D6AC39 | For Your Eyes Only |
| 09/04/2014 10:32:05 | 0D48708EE2E80A0028CF440E9F80E682213E9125 | Chloe Loves Carl Part 2 |
| 09/04/2014 01:25:47 | 3382B2B05EAC77C10AEBB458299B7CC56FA1294F | Trophy Wife |
| 09/03/2014 22:31:56 | AD0C4C5920060B48428FC980410059E212DD5147 | In the Blind |
| 09/03/2014 21:38:57 | 57AFEDEB4B1A4EDF991BA86936835610A708F80F | Coming Late |
| 09/03/2014 13:22:14 | 773219DCAC0003ACB8C44C5579A2BA5991D2F961 | A Dream Of You |
| 08/27/2014 12:31:17 | 48AB02E7D9A3FB66B772C38589DCE18017E5CED9 | Sexy En Noir |
| 08/27/2014 12:28:30 | 44689F92B222284F6DB99DA19D8199574D62FD7D | Epic Love |
| 08/20/2014 12:15:33 | 712877CDC7DE31728585AC27F8FFE09E435FEBA5 | Carry Me Home |
| 08/20/2014 12:12:05 | E481A2FE0B7008738EA6657D83CAD8AF017BAC57 | Be With Me |
| 08/20/2014 11:59:19 | 736CFD305D0163803320CA7E4AF36210B9C2A18D | Give Me More Part 2 |
| 08/20/2014 10:23:13 | 175C7A9D02ECB503FF890413706BF7FFC67B0A6A | Yours Forever |
| 08/20/2014 04:17:32 | 369106ECC02BB5A24A05B7841CAB31544D441434 | Thunderstorm Love |
| 08/03/2014 06:05:00 | CD22AE73C23943C57E21EB08CE34C8DC8F239F41 | A Thought Of You |
| 08/03/2014 03:56:35 | FD0A1D1E4EF384D5040F24A2C4262C0F05BDEBA5 | Sweet Awakening |
| 08/03/2014 01:35:16 | 598C8A87502A1D292FCBB2DDD7542635DE40426D | Summertime Lunch |

EXHIBIT A

EVA143

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2014 01:11:56 | 147121023651FE1088FF3A14F332EEF4A4371B89 | Highrise Rendezvous |
| 08/03/2014 00:58:23 | 8A33BA8E82E3F9770438850CA135C4CAE7AACF6E | Sexy In The City |
| 08/02/2014 16:17:08 | EC44232EE6CF48F16843FD948A06E55147F9295F | From Three to Four Part 2 |
| 08/02/2014 16:10:20 | 73960CC60FEEB3D9F9CDCB0795C0DB938518C3F3 | Any And All For You |
| 08/02/2014 15:26:59 | 29C347E3BDA14E2181ABA26FE21B245FA0285309 | Lovers Way |
| 08/02/2014 15:16:20 | BC154637729F84E8AA8259DC065020C91F096D12 | Brazilian Love Affair |
| 08/02/2014 15:00:12 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 07/07/2014 13:48:41 | 8E5D4B88383770091C52EE405B3602A48A1FF8B6 | Just the Three of Us |
| 05/18/2014 18:30:41 | BCF5754984AA40444B37B3F0492FDDAB57786968 | Truth or Dare |
| 05/18/2014 18:18:41 | D345236E5C63661DB966F79A5F75FDB2AD17B9E2 | A Thought of You Part 2 |
| 05/18/2014 18:18:05 | 00623A29B7EC8AF08757C431A08BBBC88E03CBB1 | Rope Priority |
| 05/18/2014 18:16:23 | 7C74655AE3575D60557B5E411A938F6ABDEE12DC | Perfect Timing |
| 04/22/2014 19:52:47 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 04/22/2014 18:41:44 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 04/22/2014 18:24:04 | 532AD5E47034156E92F93F4ABC0CD2434CAD0ABF | Blindfold Me Part #2 |
| 04/22/2014 18:21:29 | 269724BDBC02FD4F3345379C436B2F9CE22271CE | Fantasy Come True |
| 04/16/2014 20:43:09 | D463DC6B14D53FDD7042D74D22E69D17484C712A | Happy Birthday Capri |
| 04/16/2014 19:55:44 | C3E3E638FCFE866799CBA3F1B5F8068F1232D3EF | Arrest Me |
| 04/16/2014 19:12:39 | 7C8FE5D33633737E43A4B82D1C0157A57DAC2508 | Rendezvous |
| 04/16/2014 19:00:02 | 6D47AFDF6315B4C12AB29E38D3BFD6AB1287CF55 | So Right Its Wrong |
| 04/16/2014 18:27:24 | 221DF2F422C0E64E0BE4E513AE488763D88C3EE1 | Russian Connection |
| 04/02/2014 13:14:44 | 823D55E765BCA4C421666356F75B6B266931DF61 | Go Fish |
| 04/02/2014 13:05:28 | 7815BFBAE2FD5FF0504A674AD70D74FB07E46BFC | Playing Dress Up |
| 04/02/2014 12:55:52 | EB53E1ABF76EA64751A0D9643DD0298A5C465ABD | Sex and Submission |
| 04/02/2014 12:54:19 | 18A573AF59D061A22D498B0157236803201A07C4 | Deep Blue Passion |

EXHIBIT A

EVA143

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/31/2014 14:28:31 | 3D7B4E9E936C3DEA506A20CAC140A91CA7BFAB47 | Apartment Number Four |
| 03/17/2014 18:24:46 | 7F36C3FAC2AB2921048BFBD68A1905C72BF9337F | Sweet Dreamers |
| 03/17/2014 17:58:06 | DBE78DF39456A3686D06181861F95B8392707AD5 | At Home With Tiffany |
| 03/17/2014 17:42:17 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 03/17/2014 17:40:13 | 6ED86D92CF02724645C4041731B669C6901CE9E4 | I Want to Tell You |
| 03/17/2014 16:42:05 | AEF9C4F636828971CB5B384BB331A51F2A8199B0 | Fashion Fantasy |
| 03/17/2014 16:41:52 | 764FBEB395D578D894CFD319BEA5B654611C30CE | Remembering Strawberry Wine |
| 02/27/2014 13:43:49 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 02/03/2014 15:32:38 | 01F15A72D2A965A83AA085B9293C8F254B69ACBA | A Hot Number |
| 01/23/2014 04:20:58 | 38ECCB355CAFAD15E7C8BA01B70DC5EEE94F183C | Mile High Club |
| 01/23/2014 03:33:47 | 628D5B1BEAAE2900F626FD39BF8411398BD7088F | Getting Ready For You |
| 01/23/2014 03:31:13 | DCC43F716ABC17A835E56C3D030F3BCB1A34BDF1 | Season of Love |
| 01/22/2014 22:57:57 | CD4FF022543E95E9C27FEC0E1193C801E6F88441 | Lying Around |
| 01/11/2014 16:15:37 | CE855D8F2D789222D61055FBEE578ABFE4EE6340 | Love at First Sight |
| 01/11/2014 16:14:38 | 6CB5E6EB996583FD1BCABD00DD95BB236A48C73B | Circles of Bliss |

**Total Statutory Claims Against Defendant: 62**