## Copyrights-In-Suit for IP Address 71.163.80.207

**ISP:** Verizon FiOS
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 09/03/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/03/2014 |
| A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 08/03/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/18/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/02/2014 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 03/31/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 04/16/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 03/17/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/20/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 04/22/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 08/02/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/20/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 09/04/2014 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 01/11/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 09/03/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/02/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/24/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/22/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 08/27/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 04/22/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/17/2014 |

EXHIBIT B

EVA143

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/27/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 09/04/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 08/02/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 10/01/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/23/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 08/20/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 04/02/2014 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 04/16/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/03/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/17/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 03/17/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 09/03/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 07/07/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 09/04/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 01/11/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 08/02/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 01/22/2014 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 10/01/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/23/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/18/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 04/02/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/22/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/17/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/16/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/18/2014 |

EXHIBIT B

EVA143

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/16/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/23/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 04/02/2014 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 08/27/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 08/03/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 04/16/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 10/01/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 08/03/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 08/02/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 08/03/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/17/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/20/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 09/04/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/18/2014 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/01/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 08/20/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 62**

EVA143

EXHIBIT B