**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MATT GUASTAFERRO,<br><br>   Defendant. | CASE NO.: **1:14-cv-01544-LO-JFA** |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT MATT GUASTAFERRO**

  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on Defendant Matt Guastaferro, and states:

  1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

  2. On November 19, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Online Services, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on November 23, 2014, and received the ISP's response on February 9, 2015.

  3. On March 12, 2015, Plaintiff amended its Complaint to name the Defendant which was identified by the ISP [CM/ECF 15], and has yet to obtain a clerk issued summons to

1

serve on the Defendant. Upon receipt of same, Plaintiff will work expeditiously to serve the Defendant.

4.  Pursuant to the Rule 4 (m), Plaintiff is required to effectuate service on Defendant by, March 17, 2015.

5.  Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended by forty five (45) days until May 1, 2015.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until May 1, 2015. A proposed order is attached for the Court's convenience.

Dated: March 17, 2015                                   Respectfully submitted,

By: /s/ *William E. Tabot, Esq*____
William E. Tabot, Esquire #39488
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *William E. Tabot*_____