UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MATT GUASTAFERRO, <br><br> Defendant. | CASE NO.: 1:14-cv-01544-LO-JFA |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT MATT GUASTAFERRO**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Matt Guastaferro With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have forty five (45) days or until May 1, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 19th day of March, 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge