# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | CASE NO. 1:14-cv-01544-LO-JFA |
| Plaintiff, | |
| v. | |
| MATT GUASTAFERRO, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL PRETRIAL CONFERENCE

Plaintiff, Malibu Media, LLC, moves for entry of an order continuing the Initial Pretrial Conference set for August 12, 2015, at 11:00 AM, and states:

1. Pursuant to this Court's Scheduling Order entered on July 13, 2015 [CM/ECF 21], there is an initial pretrial conference set for August 12, 2015, at 11:00 AM.

2. Counsel for Plaintiff has previously scheduled depositions in related matters on the same date and time as the Initial Pretrial Conference in this matter. Counsel is unable to reschedule said depositions.

3. As such, Counsel will not be able to attend conference on August 12, 2015, and is hereby requesting that the conference be rescheduled for August 26, 2015.

4. This request is made in good faith, upon consultation with opposing counsel, and not made for the purpose of undue delay.

WHEREFORE, Plaintiff respectfully requests that the initial pretrial conference currently set for August 12, 2015, at 11:00 AM be continued and reset for August 26, 2015.

Dated:  July 20, 2015

1

2

                                                  Respectfully submitted,

                                                  By: */s/ William E. Tabot*
                                                  William E. Tabot, Esq.
                                                  William E. Tabot, PC
                                                  9248 Mosby Street
                                                  Manassas, VA 20110-5038
                                                  Tel: (703) 530-7075
                                                  Fax: (703) 530-9125
                                                  E-mail: wetabotesq@wetlawfirm.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Ju1y 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                By: /s/ *William E. Tabot*