IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 1:14-cv-01544-LO-JFA

v.

MATT GUASTAFERRO,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Matt Guastaferro ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Matt Guastaferro respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Matt Guastaferro's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                              Respectfully submitted,

*/s/ William E. Tabot*                                  */s/ Robert F. Powers*
William E. Tabot                                      Robert F. Powers
9248 Mosby Street                               McClanahan Powers PLLC
Manassas, VA 20110-5038                   8133 Leesburg Pike
Phone: 703-530-7075                           Suite 130
Email: wetabotesq@wetlawfirm.com    Vienna, VA 22182
*Attorney for Plaintiff*                             Phone: 703-546-8594
                                                                rpowers@mcplegal.com
                                                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        By:  /s/ *William E. Tabot*
        William E. Tabot