IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> MATT GUASTAFERRO, )<br>  )<br>   Defendant. )<br>  ) | Case No. 1:14-cv-01544 |

## ORDER

The Parties have jointly filed a Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Matt Guastaferro's claims against each other with prejudice. The Court, being duly advised, hereby ORDERS:

(1) That all claims made by Plaintiff Malibu Media, LLC against Defendant Matt Guastaferro are DISMISSED WITH PREJUDICE.

(2) That all claims made by Defendant Matt Guastaferro against Plaintiff Malibu Media, LLC are DISMISSED WITH PREJUDICE.

(3) That each party shall bear its own attorneys' fees and costs.

(4) This case is closed for administrative purposes.

/s/
Liam O'Grady
United States District Judge

September 14, 2015
Alexandria, Virginia